**Order filed June 3, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00556-CR
_____

### COLLIN TERRELL LOVETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law #3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. 188056**

---

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits # 3 and # 4 .**

The clerk of the County Court at Law #3 & Probate Court is directed to deliver to the Clerk of this court the original of State's Exhibits # 3 and # 4 on or before **June 10, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits # 3 and # 4 to the clerk of the County Court at Law #3 & Probate Court.

PER CURIAM